IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. SCIRICA, | : | 1:21-CR-457 |
| | : | |
| Defendant. | : | |
| _____ | : | |

**CONSENT MOTION TO CONTINUE ARRAIGNMENT**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, jointly with the Defendant Anthony Scirica, by and through undersigned counsel, Mark A. Jones (admission to the Bar of this Court pending), respectfully move this Honorable Court to (1) continue the arraignment in this matter from July 19, 2021, to August 31, 2021 at 2pm; and (2) to exclude from the calculation of the Speedy Trial Act the time from 7/19/2021 to 8/31/2021 in the Interest of Justice, pursuant to 18 U.S.C. 3161(h)(7)(A), (B)(i)-(ii). In support, the parties state as follows:

1. Defendant was charged by Complaint on June 14, 2021, and his initial appearance and initial release hearings were conducted June 16, 2021 in the Middle District of North Carolina. Defendant's initial appearance in this district was conducted on June 28, 2021, and the proceedings were continued and time excluded under the Speedy Trial Act until August 31, 2021 (*See* 1:21-mj-472). An Information was filed in this case on July 8, 2021, and arraignment was scheduled for July 19, 2021 – by VTC.

2. Counsel for Defendant is licensed in North Carolina and is admitted to the Bar of the U.S. Supreme Court, U.S. Court of Appeals for the Fourth Circuit, and the U.S. District Courts for the Eastern, Middle, and Western Districts of North Carolina. His application for admission to

this Court is presently pending. For this reason, the Defendant requested and the Government agreed to join in the Defendant's request for a continuance and file this motion within the Court's CM/ECF system.

3. Counsel for defendant is unavailable on July 19, 2021, on account of a previously scheduled medical appointment. The parties have been in consultation about this case and are working towards a resolution.

5. This is the Defendant's first—and expected only—request to continue the arraignment hearing in this matter. The Government consents to this continuance. A proposed Order is attached.

WHEREFORE, the parties respectfully request that this Honorable Court (1) continue the arraignment in this matter from July 19, 2021, to August 31, 2021, at 2pm; and (2) exclude from the calculation of the Speedy Trial Act the time from 7/19/2021 to 8/31/2021 in the Interest of Justice.

Respectfully submitted, this the 14th day of July, 2021.

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

        /s/_____
        AMANDA FRETTO LINGWOOD
        D.C. Bar No. 1018284
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20001
        (202) 252-7268
        Amanda.Fretto@usdoj.gov
        Amanda.Lingwood@usdoj.gov

        /s/ Mark A. Jones
        BELL, DAVIS & PITT, P.A.
        North Carolina Bar # 36215

100 North Cherry Street, Suite 600
Winston-Salem, North Carolina 27101
Phone (336) 714-4122
Facsimile (336) 714-4101
Email: mjones@belldavispitt.com
(Admission Pending)