United States District Court
for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| Plaintiff                    ) | |
|                              ) | |
| v.                           ) | Crim. No. 1:21-cr-457-CRC-1 |
|                              ) | |
| ANTHONY J. SCIRICA,          ) | |
| Defendant                    ) | |

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES undersigned counsel, Mark A. Jones, Esq., respectfully providing notice to this Honorable Court, and to the Office of the United States Attorney, of his appearance as Counsel of Record for Mr. Scirica this matter before the United States Court for the District of Columbia.

Respectfully submitted, this the 16th day of August, 2021.

*/s/ Mark A. Jones*
Bell, Davis & Pitt, PA
North Carolina Bar # 36215
100 N. Cherry St., Suite 600
Winston-Salem, NC 27101
(336) 714-4122 (Phone)
(336) 714-4101 (Fax)
mjones@belldavispitt.com