IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. SCIRICA, | : | 1:21-CR-457 |
| | : | |
| Defendant. | : | |
| | : | |

**CONSENT MOTION TO CONTINUE ARRAIGNMENT**

NOW COMES the Defendant, Anthony J. Scirica, by and through undersigned counsel, Mark A. Jones, with the Consent of the United States of America, by and through its counsel, the United States Attorney for the District of Columbia, respectfully moving this Honorable Court to (1) continue the arraignment in this matter from August 31, 2021, to September 22nd, 23rd, or 28th 2021. August 31, and (2) to exclude from the calculation of the Speedy Trial Act the time from 8/31/21 to the new date in the Interest of Justice, pursuant to 18 U.S.C. 3161(h)(7)(A), (B)(i)-(ii). In support, the parties state as follows:

1. Defendant was charged by Complaint on June 14, 2021, and his initial appearance and initial release hearings were conducted June 16, 2021, in the Middle District of North Carolina. Defendant's initial appearance in this district was conducted on June 28, 2021, and the proceedings were continued and time excluded under the Speedy Trial Act until August 31, 2021 (See 1:21-mj-472). An Information was filed in this case on July 8, 2021, and arraignment was scheduled for July 19, 2021 – by VTC.

2. In advance of the last hearing, Counsel for Defendant was in the process of seeking and receiving admission the Bar of this Court, which has since been granted.

3. Counsel for defendant and for the United States are working diligently and efficiently to resolve the disputed matters in this case. Both parties have been producing relevant discovery and reciprocal discovery and are working towards a resolution.

4. This is the Defendant's second—and expected lasty—request to continue the arraignment hearing in this matter. The Government consents to this brief continuance, and a proposed Order is attached.

WHEREFORE, the parties respectfully request that this Honorable Court (1) continue the arraignment in this matter from August 31, 2021, to September 22nd, 23rd, or 28th of 2021; and (2) exclude from the calculation of the Speedy Trial Act the time from 8/31/2021 to the new date in the Interest of Justice.

Respectfully submitted, this the 13th day of July, 2021.

/s/ Mark A. Jones
BELL, DAVIS & PITT, P.A.
North Carolina Bar # 36215
100 North Cherry Street, Suite 600
Winston-Salem, North Carolina 27101
Phone (336) 714-4122
Facsimile (336) 714-4101
Email: mjones@belldavispitt.com