## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No. 21-CR-457 |
| **ANTHONY SCIRICA,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court of the appearance of the undersigned Trial Attorney for the Government in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     /s/ *Grace Albinson*
GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
150 M Street, N.E.
Washington, D.C. 20002
Tel: (202) 598-3276
GAlbinson@usa.doj.gov

## **CERTIFICATE OF SERVICE**

      On this 11th day of November 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

      /s/ *Grace Albinson*
      GRACE ALBINSON
      Trial Attorney
      Capitol Riot Detailee