# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CASE NO. 21-CR-457 (CRC)** |
| **v.** | **:** | |
| | **:** | |
| **ANTHONY SCIRICA,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF FILING PURSUANT TO LCrR 49

Pursuant to LCrR 49(e)(1) and Standing Order No. 21-28 (BAH), the government hereby gives notice that it has no objection to the public release of the video exhibits previously provided to the Court and as listed in the Government's Sentencing Memorandum (ECF No. 22).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ *Grace Albinson*
GRACE ALBINSON
NY Bar No. 4952697
Trial Attorney, U.S. Department of Justice
Capitol Riot Detailee
150 M Street, N.E.
Washington, D.C. 20002
Tel: (202) 598-3276
GAlbinson@usa.doj.gov

## <u>CERTIFICATE OF SERVICE</u>

On June 13, 2022, a copy of the foregoing was served on counsel of record for

the defendant via the Court's Electronic Filing System.

/s/ <u>*Grace Albinson*</u>
GRACE ALBINSON
Trial Attorney
Capitol Riot Detailee
